IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES RUDY LEACH**                                                                 **PETITIONER**

v.                                                                                                       No. 1:21-cv-00146-SA-DAS

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

**PROCESS ORDER**

Having reviewed the petition in this case, the court finds that process should issue for respondent, United States of America.

It is **ORDERED:**

1) That the clerk of the court will issue process for the respondent, United States of America, along with a copy of this order. The United States Marshal Service will serve process upon this respondent under to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(i).

2) The petitioner must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within fourteen (14) days of this date.

3) The petitioner's failure to keep the court informed of his current address or to comply with the requirements of this order may lead to dismissal of his lawsuit under Fed. R. Civ. P. 41(b), for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 3rd day of March, 2022.

                                                                  /s/ David A. Sanders
                                                                  UNITED STATES MAGISTRATE JUDGE