IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES RUDY LEACH**                                                                                      **PETITIONER**

**v.**                                          **No. 1:21CV146-SA-DAS**

**UNITED STATES OF AMERICA**                                           **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust administrative remedies – and because the sole ground for relief is not ripe for resolution.

**SO ORDERED**, this, the 4th day of September, 2024.

                                                          /s/ Sharion Aycock
                                                          U. S. DISTRICT JUDGE